UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Welkyn Rivera Matias,
  Plaintiff,

    v.

Pueblo International, Inc., et al
  Defendants.

CASE NUMBER: 98-2236 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8.31.99  **Docket # 17**<br>[x] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion requesting extension of time to retain an attorney | Granted. Plaintiff is hereby granted a **final extension** until September 17, 1999, to retain new counsel and have that counsel make an appearance. No further extensions shall be granted. Failure to comply with this deadline shall result in the dismissal of this case. |

**Date**

(fr) HECTOR M. LAFFITTE
Chief U.S. District Judge

s/c W. Rivera
    J. Laboy
      L. Padilla

SEP - 9 1999

RECD.   TO JUDGE
SEP - 9 1999
BY /s/ # 18