UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Welkyn Rivera Matias,
  Plaintiff,
       v.
Pueblo International, Inc., et al
  Defendants.

CASE NUMBER: 98-2236 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.10.99  **Docket # 19**<br>[x] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion requesting extension of time to retain an attorney | Granted. Plaintiff is hereby granted a **final** extension until **September 24, 1999**, to retain new counsel and have that counsel make an appearance. No further extensions shall be granted. Any further motions for extensions of time will be stricken. Failure to comply with this deadline shall result in the dismissal of this case. |

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge



