UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Welkyn Rivera Matias,
  Plaintiff,

  v.

Pueblo International, Inc., et al
  Defendants.

CASE NUMBER: 98-2236 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket # <br> [] **Plffs** [ ] **Defts** [ ] **Other** <br> **Title:** | In an order dated September 21, 1999, the Court granted Plaintiff's request for an extension until September 24, 1999, to retain new counsel and have that counsel make an appearance. The order stated that this was a final extension and that if Plaintiff failed to have new counsel make an appearance by this deadline, the Court would dismiss the case. *See* docket no. 20. To date, no counsel has made an appearance on behalf of Plaintiff. Because Plaintiff has failed to comply with the Court's order of September 21, 1999, the Court hereby dismisses this case. Judgment will be entered accordingly. |
| September 30, 1999 | HECTOR M. LAFFITTE <br> Chief U.S. District Judge |