# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Welkyn Rivera Matias,
  Plaintiff,

    v.

Pueblo International, Inc., et al
  Defendants.

CASE NUMBER: 98-2236 (HL)

## JUDGMENT

The Court having entered an order on this same date, judgment is hereby entered dismissing this case.

September 30, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge

